UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:14-cv-01756-TWP-MJD |
| ) | |
| DENNIS A. JOHNSON, ) | |
| DEBRA J. JOHNSON also known as DEBBIE ) | |
| JOHNSON, ) | |
| ROBERT JAMES, ) | |
| RANDY JOSEPH JOHNSON, ) | |
| GARY MARVIN JOHNSON, ) | |
| PARRY LYNN JOHNSON, ) | |
| PIA O'CONNOR Treasurer of Bartholomew ) | |
| County, Indiana, ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Order of Sale (Dkt. 64). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 7/1/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

J. Grant Tucker
JONES PATTERSON BOLL & TUCKER
gtucker_2004@yahoo.com

Philip Andrew Doyle
US DEPARTMENT OF JUSTICE, TAX DIVISION
philip.a.doyle@usdoj.gov

Debra J. Johnson
2311 N. 500 West
Columbus, Indiana 47201

Robert J. Johnson
12114 N. County Road 1200 E.
Seymour, Indiana 47274

Randy J. Johnson
202 E. College Street
North Vernon, Indiana 47265

Gary M. Johnson
12114 N. County Road 1200 E.
Seymour, Indiana 47274

Parry M. Johnson
18515 E. State Road 46
Hope, Indiana 47265